**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Mirwiss Pasoon

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRWISS PASOON,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>Defendants. | **Case No.:** 3:24-cv-00072-AMO<br><br>*HON. ARACELI MARTINEZ-OLGUIN*<br><br>**MOTION TO DISMISS ENTIRE CASE WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)**<br><br>Date:     April 25, 2024<br>Time:    2:00 PM |

///

///

///

**MOTION TO DISMISS ENTIRE CASE WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)(2)**

1  Plaintiff MIRWISS PASOON hereby moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss, without prejudice, the entire case with each party bearing that party's own attorney's fees and costs.

Plaintiff emailed Defendant's counsel on February 16, 2024, to request that Defendant stipulate to dismiss this case without prejudice. Defendant's counsel responded against on February 19, 2024, agreeing only to agree to the dismissal upon Plaintiff's review of his consumer disclosures. Defendant's counsel insisted on this term on February 20, 2024. Plaintiff responded that same day indicating that he would be submitting a motion to dismiss without prejudice and indicating to the Court that meet and confer efforts to stipulate to such dismissal had failed.

F.R.C.P 42(a) states, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Thus, Plaintiff makes the instant motion to dismiss the case without prejudice. *See Petersen v. Bank of Am. Corp.* (2014) 232 Cal.App.4th 238, 259 ["plaintiffs in any civil litigation… are deemed to be the masters of their complaint"], citing *Aryeh v. Canon Business Solutions, Inc*. (2013) 55 Cal.4th 1185, 1202.). Plaintiff respectfully requests that the Court dismiss this case without prejudice, and close the case against Defendant.

Respectfully submitted,

THE CARDOZA LAW CORPORATION

DATED: March 11, 2024    BY: /s/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
MIRWISS PASOON

## CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on March 11, 2024, I electronically filed a true and correct copy of the foregoing MOTION TO DISMISS ENTIRE CASE WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2) with the Clerk of the Court for the United States District Court of California for the Northern District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED: March 11, 2024

THE CARDOZA LAW CORPORATION

BY: /S/ LAUREN B. VEGGIAN
LAUREN B. VEGGIAN, ESQ.
ATTORNEY FOR PLAINTIFF
MIRWISS PASOON